AO 257 (Rev 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

Name of District Court, and/or Judge/Magistrate: **United States District Court, Southern District of Texas**

FILED
MAY 30 2019
David J. Bradley, Clerk of Court

**OFFENSE CHARGED**

did knowingly and willfully demand, sought, received, accepted, and/or agreed to receive and accept something of value personally, in return for performing, or being induced to perform, an act in violation of her official duty as public official.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**DEFENDANT - U.S. vs.**

Exy Adelaida GOMEZ

Address: ▇▇▇▇▇▇
Los Fresnos, TX 78566

Place of offense: Harlingen, Texas

U.S.C. Citation: Title 18, United States Code, Section 201

Birth Date: ▇▇/1977
☐ Male ☒ Female ☐ Alien (if applicable)
(Optional unless a juvenile)

**B-19-cr-520-3**

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any):
ICE Office of Professional Responsibility

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U. S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending cause involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: Special Agent Jeremy Bergeaux
☐ U. S. Att'y  ☐ Other U. S. Agency

Name of Asst. U.S. Att'y (if assigned): Oscar Ponce, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding
   If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction   ☐ Fed'l  ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☒ No
If "Yes" give date filed: May 29, 2019
Mo  Day  Year

DATE OF ARREST: May 29, 2019
Or... if Arresting Agency & Warrant were not Federal
Mo.  Day  Year

DATE TRANSFERRED TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

*ADDITIONAL INFORMATION OR COMMENTS*